9 F.3d 1540
 Federal Deposit Insurance Corp., Receiver for Citytrust
v.
Martinez (Luis, Isabel), Peoples Bank, N.A., Hernandez
(Bienvenido, Josephine), U.S., American Security Fence
Corp., State of New Jersey, Office of Public Defender,
Esquire Wire & Fence Co., Inc., Rubin, Rubin & Malgran,
Gruttemeyer (Richard G.), Doe (John), Hernandez (Josefa),
Beeman (Roger A.. Esq.)
 NO. 93-5199
 United States Court of Appeals,
Third Circuit.
 Oct 18, 1993
 
 Appeal From: D.N.J.,
 Thompson, J.
 
 
 1
 AFFIRMED.